So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So... So...